## Kenney Appeal.

Argued June 22, 1971. *Simson Unterberger*, Assistant Defender, with him *Vincent J. Ziccardi*, Defender, for appellant; *Carroll S. Connard*, Assistant District Attorney, with him *Louis A. Perez, Jr.* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.